MARK E. MILLER (S.B. #130200)
markmiller@omm.com
DARIN SNYDER (S.B. #136003)
dsnyder@omm.com
MARISSA D. RHOADES (S.B. #319255)
mrhoades@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: 415 984 8700
Facsimile: 415 984 8701

ABBY F. RUDZIN (*pro hac vice* forthcoming)
arudzin@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: 212 326 2000
Facsimile: 212 326 2061

Attorneys for Plaintiffs
GLENCAIRN IP HOLDINGS LTD. and
GLENCAIRN CRYSTAL STUDIO LTD.

JEFFREY M. FISHER (S.B. #155284)
jfisher@fbm.com
LAURA PEDERSEN (S.B. #313570)
lpedersen@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
INSIGHT RESOURCE GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Glencairn IP Holdings LTD. and Glencairn Crystal Studio Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> Insight Resource Group, <br><br> Defendant. | Case No. 4:19-cv-00607-HSG <br><br> **STIPULATED PERMANENT INJUNCTION; DISMISSAL WITH PREJUDICE** |

STIPULATED PERMANENT INJUNCTION;
DISMISSAL WITH PREJUDICE

On or about February 4, 2019, plaintiffs Glencairn IP Holdings Ltd. and Glencairn Crystal Studio Ltd. (collectively, "Glencairn") filed a Complaint in this Court alleging claims for trade dress infringement and unfair competition concerning Insight Resource Group's ("IRG") unauthorized use of Glencairn's intellectual property rights in the GLENCAIRN® Glass, including United States Registration No. 5,024,360, issued by the United States Patent and Trademark Office on August 23, 2016 (the "Glencairn Trade Dress").

The parties have reached a settlement of their disputes. IRG has agreed to stipulate to the issuance of the permanent injunction sought by Glencairn, and Glencairn has agreed to dismiss this case with prejudice.

The parties hereby stipulate that IRG shall be permanently enjoined as follows:

## I. JURISDICTION & VENUE

This action arises under the Lanham Act, 15 U.S.C. §§ 1114, 1125, and the statutory and common-law actions for trade dress infringement and unfair competition. This Court has jurisdiction over the subject matter or and the parties to this action, and, to the extent necessary to this Order, jurisdiction over each of the parties consenting to this Order, through the application of 15 U.S.C. §§ 1116, 1118, 1121, 1124 and 1125, and 28 U.S.C. §§ 1331, 1338 and 1367, and venue is proper in this judicial district.

## II. PERMANENT INJUNCTION

1. IRG and any person acting in concert with or at the direction of IRG, including any and all agents, servants, officers, directors, employees, partners, assignees, distributors, suppliers, resellers and any others over whom IRG may exercise control, are hereby restrained and enjoined from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in:

    a. manufacturing, distributing, marketing, advertising, promoting, soliciting, accepting orders for, selling, offering for sale, or importing into the United States, or causing others

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATED PERMANENT INJUNCTION;
DISMISSAL WITH PREJUDICE

2

to manufacture, distribute, market, advertise, promote, solicit, accept orders for, sell, offer for sale, or import into the United States, the glasses depicted Exhibit 1 to this Stipulated Injunction (the "IRG Glass") and any other products bearing or incorporating the Glencairn Trade Dress or any colorable imitation or variation that is confusingly similar to the Glencairn Trade Dress;

b. infringing upon or performing any act that is likely to injure Glencairn's intellectual property rights, including using the Glencairn Trade Dress or any colorable imitation or variation of the Glencairn Trade Dress without Glencairn's prior approval;

c. falsely representing, either expressly or by implication, that IRG, its products, services, or business is or was at any time affiliated or connected in any way with Glencairn, or with Glencairn's parents, subsidiaries, affiliates, licensees, successors, or assigns; and;

d. committing any other acts that infringe or that are likely to infringe the Glencairn Trade Dress-the validity and enforceability of which IRG hereby acknowledges-or Glencairn's other intellectual property rights in the Glencairn Glass;

2. IRG, to the extent it has not already done so, shall immediately destroy, or cause to be destroyed, all versions of the IRG Glass and its packaging, and all advertising, marketing, or promotional materials that bear trademarks or trade dress that are nearly identical or confusingly similar to the Glencairn Trade Dress; provided, however, that IRG may maintain no more than 20 IRG Glasses and 20 copies of each piece of such packaging, marketing, and promotional materials for archival purposes.

3. This Permanent Injunction shall be binding upon IRG as well as its principals, officers, directors, shareholders, employees, agents, subsidiaries, parents, affiliates, heirs, legal representatives, assigns, and successors.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

4. This Permanent Injunction shall be deemed to have been served upon IRG at the time of execution by the Court.

5. No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal.

6. Upon entry of this Permanent Injunction against IRG, this action shall be dismissed with prejudice.

### III.   DISMISSAL WITH PREJUDICE

Plaintiff Glencairn and Defendant IRG, by and through their undersigned counsel of record, hereby stipulate and agree that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: April 22, 2019

>                    MARK E. MILLER
>                    DARIN SNYDER
>                    ABBY F. RUDZIN (*pro hac vice* forthcoming)
>                    MARISSA D. RHOADES
>                    O'MELVENY & MYERS LLP
>
>
>                    By:    */s/ Mark E. Miller*
>                                Mark E. Miller
>
>                    Attorneys for Plaintiffs
>                    GLENCAIRN IP HOLDINGS LTD. and
>                    GLENCAIRN CRYSTAL STUDIO LTD.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATED PERMANENT INJUNCTION;
DISMISSAL WITH PREJUDICE

4

| | | |
|---|---|---|
| Dated: April 22, 2019 | | JEFFREY M. FISHER<br>LAURA K. PEDERSEN<br>FARELLA BRAUN & MARTEL LLP |
| | By: | _/s/ Jeffrey M. Fisher_<br>Jeffrey M. Fisher<br>Attorneys for Defendant<br>INSIGHT RESOURCE GROUP |

### ECF ATTESTATION

I, Jeffrey Fisher, am the ECF user whose ID and password are being used to file this STIPULATED INJUNCTION; DISMISSAL WITH PREJUDICE. In accordance with Civil Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from Mark Miller, counsel for Plaintiff Glencairn, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

| | | |
|---|---|---|
| Dated: April 22, 2019 | | FARELLA BRAUN & MARTEL LLP |
| | By: | _/s/ Jeffrey M. Fisher_<br>Jeffrey M. Fisher<br>Attorneys for Defendant<br>INSIGHT RESOURCE GROUP |

IT IS SO ORDERED, ADJUDICATED, and DECREED.

This action is hereby dismissed with prejudice, with each side to bear its own fees and costs.

Dated: April 23, 2019

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATED PERMANENT INJUNCTION;
DISMISSAL WITH PREJUDICE

5